IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYL DWIGHT GRAY, | 1:07-CV-0893 AWI DLB PC |
| Plaintiff, | ORDER DENYING MOTION FOR APPOINTMENT OF FEDERAL INVESTIGATOR |
| vs. | |
| N. GRANNIS, et al., | [Doc. 7] |
| Defendants. | |

Plaintiff Daryl Dwight Gray ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. On June 29, 2007, plaintiff filed a motion seeking the appointment of a federal investigator.

With respect to plaintiff's motion for the appointment a federal investigator, the United States Supreme Court has ruled that district courts lack authority to require counsel and or investigators to represent indigent prisoners in § 1983 cases. Mallard v. United States District Court for the Southern District of Iowa, 490 U.S. 296, 109 S.Ct. 1814 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel and or investigators pursuant to 28 U.S.C. § 1915(e)(1). Without a reasonable method of securing and compensating counsel, this court will seek volunteer counsel only in the most serious and exceptional cases.

///

1  In the present case, the court does not find the required exceptional circumstances. Even if it is
2  assumed that plaintiff is not well versed in the law and that he has made serious allegations which, if
3  proved, would entitle him to relief, his case is not exceptional. This court is faced with similar cases
4  almost daily. Therefore, plaintiff's request for the appointment of a federal investigator must be denied.

5  With respect to plaintiff's motion for the appointment of an investigator, the expenditure of
6  public funds on behalf of an indigent litigant is proper only when authorized by Congress. See <u>Tedder</u>
7  <u>v. Odel</u>, 890 F.2d 210 (9th Cir. 1989) (citations omitted). The in forma pauperis statute does not
8  authorize the expenditure of public funds for the purpose sought by plaintiff in the instant motion.

9  In accordance with the above, IT IS HEREBY ORDERED that plaintiff's motion for the
10  appointment of an investigator filed June 19, 2007, is denied.

11  IT IS SO ORDERED.

12  **Dated:   August 3, 2007**           **/s/ Dennis L. Beck**
                                           UNITED STATES MAGISTRATE JUDGE