1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11   DARYL DWIGHT GRAY,                    )        1:07-cv-00893 AWI DLB PC
                                           )
12            Plaintiff,                    )        ORDER RE MOTION
                                           )        FOR MARSHAL SERVICE
13       v.                                 )
                                           )        (DOCUMENT #37)
14   N. GRANNIS, et al.,                    )
                                           )
15            Defendants.                   )
     _____)
16

17          Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On

18   September 17, 2007, plaintiff filed a motion the marshal effect service on the named defendants.

19   Pending before the court is plaintiff's complaint which is still in the screening process by the court.

20   Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for marshal service is premature and

21   is DENIED as moot.

22          IT IS SO ORDERED.

23       Dated:    October 5, 2007                    /s/ Dennis L. Beck
                                                   UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28