# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYL DWIGHT GRAY, | CASE NO. 1:07-cv-00893 AWI DLB P |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTIONS FOR MISCELLANEOUS RELIEF |
| v. | (Docs. 11, 14, 15, 21, 26, 27, 28, 31, 32, 33, 36, 41) |
| N. GRANNIS et al, | |
| Defendants. | ORDER RE PLAINTIFF'S REQUESTS FOR STATUS UPDATE |
| | (Docs. 45, 47, and 49) |

Plaintiff is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action was transferred to this Court on June 22, 2007. Since July 2007, plaintiff has filed numerous motions requesting that his civil action be processed expeditiously. Plaintiff has also filed motions requesting a status update concerning his action (Docs. 45, 47, 49).

By order filed August 3, 2007, plaintiff was advised that the court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). Further, plaintiff was advised that the court will direct the United States Marshal to serve the complaint only after it has determined that the complaint contains cognizable claims for relief against the named defendants; that the court has not yet screened plaintiff's complaint, but will do so in due course. Due to the large number of prisoner

1  civil rights cases pending before the Court, plaintiff's complaint has not yet been screened.

2  Accordingly, plaintiff's motions requesting: service by the United States Marshall office on
3  the named defendants (Doc. 41), that defendants respond to plaintiff's request for a conferences
4  (Docs. 11, 14, 21), the names of the defendants' counsel (Docs. 26 and 27), a response from
5  defendants' counsel (Doc. 32), discovery (Doc. 33), a speedy trial (Docs. 15, 28, 31, 36, 41), and
6  a trial date (Doc.36, 41) are premature and therefore denied.

7  Accordingly, it is HEREBY ORDERED that plaintiff's motions (Docs. 11, 14, 15, 21, 26,
8  27, 28, 31, 32, 33, 36, and 41) are DENIED.

9  IT IS SO ORDERED.

10  Dated:   **March 7, 2008**                             /s/ Dennis L. Beck
                                                    UNITED STATES MAGISTRATE JUDGE