1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9    DARYL DWIGHT GRAY,                           CASE NO. 1:07-cv-00893 AWI DLB P

10                       Plaintiff,               ORDER DENYING PLAINTIFF'S REQUEST
                                                  FOR REFERRAL TO PROGRAM
11          v.
                                                  (Doc. 9)
12

13   N. GRANNIS et al,

14                       Defendants.

15
                                              /
16

17          Plaintiff is a former state prisoner proceeding pro se and in forma pauperis in this civil rights

18   action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for referral to a

19   drug program.

20          The Court notes that when plaintiff filed this motion he was incarcerated at the California

21   Medical Facility in Vacaville, California.  However, on December 6, 2007, plaintiff filed a change

22   of address indicating that he had been moved to the Los Angles County Jail.

23          Based on plaintiff's transfer to a different facility, plaintiff's request for referral to a drug

24   rehabilitation program appears to be moot.  When an inmate seeks injunctive or declaratory relief

25   concerning the prison where he is incarcerated, his claims for such relief become moot when he is

26   no longer subjected to those conditions. Nelson v. Heiss, 271 F.3d 891, 897 (9th Cir. 2001); Dilley

27   v. Gunn, 64 F.3d 1365, 1368 (9th Cir. 1995); Johnson v. Moore, 948 F.2d 517, 519 (9th Cir. 1991).

28          Accordingly, plaintiff's motion for referral to a drug rehabilitation program is HEREBY

1

1   DENIED without prejudice to refiling should he still seek the relief requested.

2        IT IS SO ORDERED.

3     **Dated:**   **March 18, 2008**                    **/s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28