# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYL DWIGHT GRAY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>N. GRANNIS et al,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:07-cv-00893 AWI DLB P<br><br>ORDER RE EVIDENCE SUBMITTED<br><br>(Doc. 24) |

　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action was transferred to this Court on June 22, 2007. On August 3, 2007, plaintiff was granted leave to proceed in forma pauperis. Since July 2007, plaintiff has filed numerous unnecessary motions with the court. On August 20, 2007, plaintiff filed a motion to submit "Supporting Legal Documents."

　　　Plaintiff is advised that the court cannot serve as a repository for the parties' evidence (i.e., prison or medical records, affidavits, etc.). The parties may not file evidence with the court until the course of litigation brings the evidence into question (for example, on a motion for summary judgment, at trial, or when requested by the court).

　　　Accordingly, plaintiff's motion is HEREBY DENIED.

　　　IT IS SO ORDERED.

1

**Dated:      March 24, 2008**                      _____/s/ **Dennis L. Beck**_____
                                                     UNITED STATES MAGISTRATE JUDGE